UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20814-CIV-MORENO

WENDALL JERMAINE HALL,

    Plaintiff,

vs.

PLUMBER OFFICIAL,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation **(D.E. No. 88)**, filed on **March 28, 2011**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 90)** on **April 26, 2011**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 90)** on is **AFFIRMED** and **ADOPTED**. The Objections **(D.E. 93)**, filed on **May 10, 2011** are **DENIED**. Accordingly, it is

**ADJUDGED** that:

(1)    the Plaintiff's Motion for Summary Judgment **(D.E. 58)** is denied;

(2)  the Defendant's Motion for Summary Judgment (**D.E. 67**) is granted;

(3)  the Plaintiff's request for injunctive relief is dismissed as moot;

(4)  all pending motions, not otherwise ruled upon by separate order, are dismissed as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of May, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record